*E-Filed 12/10/13*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY LI, | No. C 13-1224 RS (PR) |
| Petitioner, | **ORDER EXTENDING TIME** |
| v. | |
| JEFFREY BEARD, | |
| Respondent. | |

Respondent's motion to extend time to file an answer or a dispositive motion (Docket No. 10) is GRANTED. Respondent shall file an answer or dispositive motion on or before February 15, 2014. The Clerk shall terminate Docket No. 10.

**IT IS SO ORDERED**.

DATED: December 10, 2013

RICHARD SEEBORG
United States District Judge