*E-Filed 12/10/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ANTHONY LI,

          Petitioner,

    v.

JEFFREY BEARD,

          Respondent.

_____/

No. C 13-1224 RS (PR)

**ORDER EXTENDING TIME**

     Respondent's motion to extend time to file an answer or a dispositive motion (Docket No. 10) is GRANTED. Respondent shall file an answer or dispositive motion on or before February 15, 2014. The Clerk shall terminate Docket No. 10.

     **IT IS SO ORDERED**.

DATED: December 10, 2013

                          RICHARD SEEBORG
                          United States District Judge