UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LI,<br>        Petitioner,<br>   v.<br>JEFFREY BEARD,<br>        Respondent. | Case No. 13-cv-01224-JD<br><br>**JUDGMENT** |

The court having entered a ruling today denying the petition for a writ of habeas corpus, judgment is entered in favor of respondent and against petitioner. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: October 22, 2015

_____
JAMES DONATO
United States District Judge

13-cv-01224-JD-_jud

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY LI,

    Plaintiff,

v.

JEFFREY BEARD,

    Defendant.

Case No.  13-cv-01224-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 22, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Li ID: #71626088
Adelanto Detention Facility
10250 Rancho Road
Adelanto, CA 92301

Dated: October 22, 2015

Susan Y. Soong
Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2